PAUL L. REIN, Esq., (SBN 43053)
JULIE OSTIL, Esq., (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

Attorneys for Plaintiff
ALEXANDRA STOFFEL, a minor,
by LAURIE STOFFEL as her *Guardian Ad Litem*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA STOFFEL, a minor, by LAURIE STOFFEL as her *Guardian Ad Litem*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; and DOES 1-10, Inclusive,<br><br>Defendants. | Civ.S-08-1076 JAM GGH<br><u>Civil Rights</u><br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF *GUARDIAN AD LITEM* FOR MINOR ALEXANDRA STOFFEL** |

An *ex parte* petition having been made by LAURIE STOFFEL, the natural and legal mother of ALEXANDRA STOFFEL, a minor, for the appointment of a *Guardian Ad Litem* for the purpose of bringing an action in the Court against the defendants for the injuries sustained by said minor, and it appearing to this Court that said LAURIE STOFFEL is fully competent to understand and protect the rights of said minor, and that she has no interests adverse to those of the minor;

IT IS ORDERED that LAURIE STOFFEL is hereby appointed *Guardian Ad Litem* for ALEXANDRA STOFFEL, a minor, for the purpose of bringing an action against defendants for injuries and damages suffered by said

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[Proposed] ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM   -1-   C:\Documents and Settings\HVine\Desktop\08cv1076.o.523.wpd

minor, and for injunctive relief under the Americans With Disabilities Act of 1990, and under California state law, as stated in the accompanying Petition and as alleged in the Complaint, with full authority to act as such *Guardian Ad Litem*.

IT IS SO ORDERED.

Dated: May 23, 2008

/s/ John A. Mendez
U.S. DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[Proposed] ORDER GRANTING PETITION FOR
APPOINTMENT OF GUARDIAN AD LITEM

-2-

C:\Documents and Settings\HVine\Desktop\08cv1076.o.523.wpd