EILEEN M. TEICHERT, City Attorney (SBN 167027)
**DAVID WOMACK, Deputy City Attorney (SBN 203984)**
DSWomack@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendant,
CITY OF SACRAMENTO


**PAUL L. REIN, ESQ. (SBN 43053)**
JULIE A. OSTIL, Esq. (SBN 215202)
**CELIA McGUINNESS, ESQ. (SBN 159420)**
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California  94612
Telephone:    (510) 832-5001
Facsimile:     (510) 832-4787

Attorneys for Plaintiff
ALEXANDRA STOFFEL, a minor,
by LAURIE STOFFEL, as her *Guardian Ad Litem*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA STOFFEL, a minor, by LAURIE STOFFEL, as her Guardian Ad Litem,<br><br>Plaintiff,<br>vs.<br><br>CITY OF SACRAMENTO<br><br>Defendant. | Case No.:  2:08-CV-01076-JAM-GGH<br><br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AND WAIVING DISQUALIFICATION OF MAGISTRATE JUDGE HOLLOWS |

## **STIPULATION**

1

Stipulation and [Proposed] Order
To Modify Pretrial Scheduling Order and
Waiving Disqualification of Magistrate Judge Hollows
Case No. 2:08-cv-1076 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1 | **WHEREAS**, the parties desire to modify the pretrial scheduling dates in this case;

2 | **WHEREAS**, after consultation with the Court, the following dates are agreeable to the
3 | parties:

4 | Discovery Cut Off:   November 13, 2009

5 | Dispositive Motion Filing:  February 3, 2010

6 | Dispositive Hearing Date:  March 3, 2010

7 | Joint Pretrial Statement Due:  April 7, 2010

8 | Final Pretrial Conference:  April 14, 2010

9 | Jury Trial:  May 24, 2010

10 |

11 | **WHEREAS**, the parties wish to engage in a settlement conference before Magistrate
12 | Judge Hollows;

13 | **NOW THEREFORE IT IS HEREBY STIPULATED**:

14 | 1.   That the parties waive any disqualification of Magistrate Judge Gregory G.
15 | Hollows pursuant to Local Rule 16-270(b) for the purpose of conducting one or more
16 | settlement conferences;

17 | 2.   That the parties request the Court to modify its Status (Pre-trial Scheduling)
18 | Order entered August 13, 2008, to reflect the following dates:

19 |

20 | Discovery Cut Off:   November 13, 2009

21 | Dispositive Motion Filing:  February 3, 2010

22 | Dispositive Hearing Date:  March 3, 2010

23 | Joint Pretrial Statement Due:  April 7, 2010

24 | Final Pretrial Conference:  April 14, 2010

25 | Jury Trial:  May 24, 2010

26 | //

27 | //

28 |

Stipulation and [Proposed] Order
To Modify Pretrial Scheduling Order and
Waiving Disqualification of Magistrate Judge Hollows
Case No. 2:08-cv-1076 JAM-GGH

2

PDF created with pdfFactory trial version www.pdffactory.com

DATED: August 21, 2009              EILEEN M. TEICHERT,
                                    City Attorney

                                By:        /s/
                                    DAVID WOMACK
                                    Deputy City Attorney
                                    Attorneys for Defendant
                                    CITY OF SACRAMENTO

DATED: August 21, 2009              LAW OFFICES OF PAUL L. REIN

                                By:        /s/
                                    CELIA McGUINNESS, Esq.
                                    Attorneys for Plaintiff
                                    ALEXANDRA STOFFEL by LAURIE
                                    STOFFEL as her *Guardian Ad Litem*,

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause appearing, IT IS SO ORDERED.  The Status (Pre-trial Scheduling) Order is hereby modified to reflect the following dates:

  Discovery Cut Off:   November 11, 2009

  Dispositive Motion Filing:  February 3, 2010

  Dispositive Hearing Date:  March 3, 2010

  Joint Pretrial Statement Due:  April 7, 2010

  Final Pretrial Conference:  April 14, 2010 at 3:00 p.m.

  Jury Trial:  May 24, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED that the wavier of disqualification of Hon. Magistrate Judge Gregory G. Hollows is accepted.

DATED: August 21, 2009

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    U.S. DISTRICT COURT JUDGE

Stipulation and [Proposed] Order
To Modify Pretrial Scheduling Order and
Waiving Disqualification of Magistrate Judge Hollows
Case No. 2:08-cv-1076 JAM-GGH

3

PDF created with pdfFactory trial version www.pdffactory.com