IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDRA STOFFEL, a minor,
by LAURIE STOFFEL, as her
Guardian Ad Litem,

     Plaintiffs,         No. CIV S-08-1076 JAM GGH

  vs.

CITY OF SACRAMENTO,

     Defendant.         ORDER

_____/

On October 16, 2009, the parties and their counsel met in final settlement conference in the above captioned matter. The parties reached agreement on injunctive relief claims and damages, subject to final approval by the Sacramento City Council, but did not reach agreement on the attorneys' fees/costs issue.[1] Therefore, all previously scheduled dates and deadlines in the above captioned action are vacated, and the following schedule is issued.

No later than October 23, 2009, the parties shall inform the court by filing whether they have reached agreement on the attorneys' fees/cost issue. If no agreement has been

---

[1] The action by the City is simply an up or down vote on injunctive relief and damages claims which have been the subject of agreement by the principal parties at settlement conference.

reached, plaintiff shall file a motion for attorneys' fees no later than November 23, 2009.

The parties shall immediately inform the court of the action of the City of Sacramento with respect to approval of injunctive relief and damages claims, but in no event later than October 29, 2009. Assuming approval, dispositive papers on the settled claims of injunctive relief and damages shall be filed no later than November 13, 2009.

Dated: 10/16/09

/s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

GGH:gh:035
stoffel.sett