PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001
Fax 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff ALEXANDRA STOFFEL

EILEEN M. TEICHERT, City Attorney (SBN 167027)
DAVID WOMACK, Deputy City Attorney (SBN 203984)
DSWomack@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

FILED
NOV 1 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA STOFFEL, a minor, by LAURIE STOFFEL, as her Guardian Ad Litem<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:08-CV-01076-JAM-GGH<br><br>STIPULATION AND [PROPOSED] ORDER TO ENABLE MAGISTRATE JUDGE HOLLOWS TO REVIEW AND DETERMINE APPROVAL OF CONSENT DECREE AND [PROPOSED] ORDER AND PETITION FOR APPROVAL OF MINOR'S COMPROMISE AND [PROPOSED] ORDER |

**WHEREAS**, on May 16, 2008, Plaintiff, a minor, filed her complaint for damages and injunctive relief for the denial of disabled access to public facilities alleging arising from Plaintiff's attendance at theatrical performances conducted at the Sacramento Community

1

1   Center Theater, a facility owned and operated by Defendant City of Sacramento;

2   **WHEREAS**, the parties conducted settlement conferences under the supervision of
3   Magistrate Judge Hollows on October 6 and October 15, 2009;

4   **WHEREAS**, the parties settled the case and developed the terms of the Consent
5   Decree under Magistrate Judge Hollow's supervision;

6   **WHEREAS**, Magistrate Judge Hollows is thoroughly familiar with the issues in the
7   case and has met both the minor plaintiff and her *guardian ad litem*;

8   **NOW THEREFORE IT IS HEREBY STIPULATED to request of this Court:**

9   1.   That Magistrate Judge Hollows have the authority to review the Consent
10  Decree and [Proposed] Order and the Application for Approval of Proposed Settlement of
11  Minor's Claims and [Proposed] Order, and either sign them or make other determination as
12  necessary.

13  2.   That the parties waive any disqualification of Magistrate Judge Gregory G.
14  Hollows pursuant to Local Rule 16-270(b) and/or other Rule.

17  DATED: November 13, 2009           EILEEN M. TEICHERT,
18                                      City Attorney

19                                 By:  /s/ David Womack
                                        DAVID WOMACK
20                                      Deputy City Attorney
                                        Attorneys for Defendant
21                                      CITY OF SACRAMENTO

22
23  DATED: November 16, 2009           LAW OFFICES OF PAUL L. REIN

24
25                                 By:  /s/ Celia McGuinness
                                        CELIA McGUINNESS, Esq.
                                        Attorneys for Plaintiff
26                                      ALEXANDRA STOFFEL by LAURIE
                                        STOFFEL as her *Guardian Ad Litem*,
27
28  //

1 | [PROPOSED] ORDER

2 | Pursuant to the stipulation of the parties and for good cause appearing, IT IS
3 | SO ORDERED.

5 | DATED: __11-16__, 2009

HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO ENABLE MAGISTRATE JUDGE TO REVIEW AND DETERMINE APPROVAL OF CONSENT DECREE AND MINOR'S COMPROMISE

116938