PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ALEXANDRA STOFFEL, a minor,
by LAURIE STOFFEL, as her *Guardian Ad Litem*

EILEEN M. TEICHERT, City Attorney (SBN 167027)
DAVID WOMACK, Deputy City Attorney (SBN 203984)
DSWomack@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendant,
CITY OF SACRAMENTO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA STOFFEL, a minor, by LAURIE STOFFEL, as her *Guardian Ad Litem*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; and DOES 1-10, Inclusive,<br><br>Defendants._____/ | Case No. 2:08-CV-01076-JAM-GGH<br><br>Civil Rights<br><br><br>**CONSENT DECREE AND ORDER** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

1

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1. Plaintiff ALEXANDRA STOFFEL filed a Complaint in this action on May 16, 2008, to obtain recovery of damages for her discriminatory experiences, denial of access, and denial of her civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 and other federal and State civil rights laws against Defendant CITY OF SACRAMENTO, relating to its services, programs and activities at the Sacramento Community Center Theater, located at 1301 L Street, Sacramento, California, on or about July 27, 2007, September 7, 2007, and continuing. Plaintiff has alleged that Defendant violated Title II of the Americans with Disabilities Act of 19990; the Rehabilitation Act of 1973, section 504; California Government Code sections 4450, et seq and 11135 et seq; California Civil Code sections 51,52, 54 and 54.1; and related regulations, by failing to provide full and equal access to its facilities at the Theater and to the programs, services and activities therein.

2. Defendant CITY OF SACRAMENTO denies the allegations in the Complaint and by entering into this Consent Decree and Order do not admit liability to any of the allegations in Plaintiff's Complaint filed in this action. The parties hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation and without the admission of any liability.

**JURISDICTION:**

3. The parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.,* and the Rehabilitation Act of 1973, section 504; and pursuant to supplemental jurisdiction for alleged violations of California Government Code sections 4450, et seq and 11135 et seq; California Civil Code sections 51,52, 54 and 54.1 and Title 24, California Code of Regulations.

4.      In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree and Order agree to entry of this Consent Decree and Order to resolve all claims raised in the Complaint filed with this Court.  Accordingly, they agree to the entry of this Consent Decree and Order without trial or further adjudication of any issues of fact or law concerning Plaintiff's claims.

WHEREFORE, the parties to this Consent Decree and Order hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

5.      This Consent Decree and Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendant for injunctive relief that have arisen out of the subject Complaint.  The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

6.      The parties agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2, and Americans with Disabilities Act Accessibility Guidelines, unless other standards are specifically agreed to in this Consent Decree and Order.

a)      **Remedial Measures:**  Defendant agrees to undertake all of the following remedial work at the Sacramento Community Center Theater:

i.      Provide 4 wheelchair accessible seats plus 4 companion seats in row H-I of the orchestra section;

ii.     Provide a path of travel to the accessible seats in rows H-I using the plan number 4 of Jonathan Adler, attached and

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

3

|   |   |   |
|---|---|---|
| 1 |  | incorporated herewith as Exhibit A. |
| 2 | iii. | Provide an accessible service surface at the concession stand at |
| 3 |  | the bar in the main lobby; |
| 4 | iv. | Adjust the existing power door openers at the entry doors so |
| 5 |  | the total opening time to fully open is 4 seconds or longer, and |
| 6 |  | they requires no more than 15 lbs of force to stop it from |
| 7 |  | opening or closing, and establish a written policy to maintain |
| 8 |  | them that way; |
| 9 | v. | Provide a level landing at the south entry doors by removing |
| 10 |  | the change in elevation at the threshhold; |
| 11 | vi. | Post staff at the north and south routes to the existing |
| 12 |  | wheelchair seating at the back row of the orchestra section |
| 13 |  | during the entire period the doors are first opened before each |
| 14 |  | performance until 30 minutes after the performance or the |
| 15 |  | house is cleared, whichever comes first, to open the doors |
| 16 |  | which open into the theater; |
| 17 | vii. | Establish and enforce a written policy that non-season tickets |
| 18 |  | for disabled seating may be purchased over the phone and |
| 19 |  | either mailed to the patron or left at will-call, at the patron's |
| 20 |  | choice. |

b) **Timing of Injunctive Relief:** For remediation work and written policies not requiring building permits, defendant will complete the work within 30 days of entry of this Consent Decree and Order by the Court. Defendant will complete the permitted work on or before February 2, 2010. In the event that unforeseen difficulties prevent Defendant from completing any of the agreed-upon injunctive relief, Defendant or its counsel will notify Plaintiff's counsel in writing within 15 days of discovering the delay. Defendant or its counsel will notify Plaintiff's counsel in writing when all the corrective work is

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

4

completed, and in any case will provide a status report no later than 120 days from the entry of this Consent Decree and Order, and every 120 days thereafter until the remediation work is completed.

**SETTLEMENT OF DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

7(a).   Defendant shall pay $50,000.00 in damages to plaintiff via a check to Paul L. Rein, Esq., in trust for Laurie Stoffel as *guardian ad litem* for Alexandra Stoffel.  The payment shall be made no later than 30 days from October 20. 2009.

7(b)   Defendant shall provide Plaintiff two tickets to one showing of each of the remaining 2009-2010 Broadway Sacramento performances.  The tickets shall be for one of the new wheelchair seats plus its companion seat in rows H-I.  Plaintiff shall provide her desired date/time for each performance to Defendants no later than November 13, 2009.

7(c)   Defendant shall provide Plaintiff two season tickets to the 2010-2011 Broadway Sacramento performances.  The tickets shall be for one of the new wheelchair seats plus its companion seat in rows H-I.  The season tickets shall be for Saturday evening performances.

8.   Defendant shall pay $140,000.00 in attorney fees, expenses and costs in a check made out to Paul L. Rein, Esq.  The payment shall be made no later than 30 days from October 20, 2009.

**ENTIRE CONSENT ORDER:**

9.   This Consent Decree and Order constitutes the entire agreement between the signing parties.  No other statement, promise or agreement, either written or oral, made by any of the parties or agents of any of the parties that is not contained in this written Consent Decree and Order shall be enforceable regarding the matters described herein.  This Consent Decree and Order applies to

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

5

all of Plaintiff's claims.

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

10.   This Consent Decree and Order shall be binding on Plaintiff ALEXANDRA STOFFEL and upon Defendant CITY OF SACRAMENTO and upon any successors in interest.  Defendant has a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

11.   Each of the parties to this Consent Decree and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order, any or all of them will incur, suffer or experience some further loss or damage with respect to the lawsuit which are unknown or unanticipated at the time this Consent Decree and Order is signed.  Except for all obligations required in this Consent Decree and Order, the parties intend that this Consent Decree and Order apply to all such further loss with respect to the lawsuit.  Therefore, except for all obligations required in this Consent Decree and Order, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree and Order with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived.  Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER  MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

6

12. Except for all obligations required in this Consent Decree and Order, each of the parties to this Consent Decree and Order, on behalf of themselves, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

13. This Consent Decree and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Consent Decree and Order is completed, whichever occurs later.  The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order for twelve (12) months after the date of this Consent Decree and Order, or until the injunctive relief contemplated by this Consent Decree and Order is completed, whichever occurs later.

**SEVERABILITY:**

14. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES:**

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

7

15. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature

Dated: _____, 2009      PLAINTIFF ALEXANDRA STOFFEL, a minor,

BY: _____
LAURIE STOFFEL as *Guardian Ad Litem*

Dated: _____, 2009      DEFENDANT CITY OF SACRAMENTO

By: _____
CASSANDRA JENNINGS
Assistant City Manager
CITY OF SACRAMENTO

APPROVED AS TO FORM:

Dated: _____, 2009      EILEEN M. TEICHERT,
City Attorney

By: _____
DAVID WOMACK
Deputy City Attorney
Attorneys for Defendant
CITY OF SACRAMENTO

Dated: _____, 2009      LAW OFFICES OF PAUL L. REIN

By: _____
CELIA McGUINNESS, Esq.
Attorneys for Plaintiff
ALEXANDRA STOFFEL by LAURIE
STOFFEL as her Guardian Ad Litem

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd

8

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: November 23, 2009

/s/ Gregory G. Hollows

_____
U.S. Magistrate Judge

stoffel.consd

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND ORDER
CASE NO. 2:08-CV-01076 JAM-GGH

9

G:\DOCS\GGH\DGGH1\signed\stoffel.consd.wpd