Laurie Stoffel
Guardian ad litem
For Alexandra Stoffel, Minor

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDRA STOFFEL, a minor
by LAURIE STOFFEL, as her
*Guardian Ad Litem*

v.

CITY OF SACRAMENTO; AND
DOES 1-10, Inclusive,
_____/

Case No. 2:08-CV-01076-JAM-GGH

Civil Rights

**ORDER FOR PARTIAL DISBURSEMENT OF FUNDS IN MINOR'S TRUST**

For good cause show, Petitioner's Application for Partial Disbursement of Funds in Minor's Trust is GRANTED.

It is ORDERED $12,427.76 will be disbursed to Petitioner to pay for plaintiff ALEXANDRA STOFFEL's college related expenses as outlined in the Declaration of Petitioner Laurie Stoffel dated January 25, 2010. The Court finds that this disbursement is reasonable and in the best interests of the minor pursuant to Local Rule 17-202(e)(3).

Dated: Jan. 29, 2010

GREGORY G. HOLLOWS
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge