UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA STOFFEL, a minor, by LAURIE STOFFEL, as her *Guardian Ad Litem*,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF SACRAMENTO; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:08-CV-01076 JAM-GGH<br><br><u>Civil Rights</u><br><br>ORDER DENYING REQUEST FOR REMOVAL OF GUARDIAN AD LITEM, LAURIE STOFFEL |

This matter is before this Court on Richard Stoffel's Request for Removal of Guardian Ad Litem, Laurie Stoffel And Accounting for Monies Expended" (Doc. #39). The Court DENIES this request for the following reasons:

    1.   Richard Stoffel was not a party to this litigation and has failed to demonstrate that he has standing to intervene in this case.

    2.   Pursuant to the Consent Decree and Order filed on November 24, 2009 (Doc. #35), this Court retained jurisdiction of this action to enforce provisions of this Consent Decree and Order for twelve (12) months or until the injunctive relief is completed.

1

Absent any evidence to the contrary, this Court finds that it no longer has jurisdiction of this action.

    3.   Jurisdiction of this action was retained solely for the purpose of making sure the provisions of the Consent Decree and Order were fulfilled. It was not retained for the purpose of resolving disputes between Mr. and Mrs. Stoffel arising out of their divorce proceedings. Accordingly, the Court also refuses to consider and/or grant Mrs. Stoffel's request that a professional trustee or court official be appointed to act as trustee until Alexandra Stoffel turns eighteen (18) on July 31, 2011.

    IT IS SO ORDERED.

Dated: March 18, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE