1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALEXANDRA STOFFEL, a minor,
     by LAURIE STOFFEL, as her Guardian
11   Ad Litem,                              No. CIV-S-08-1076 JAM GGH
                       Plaintiff,
12
            vs.                             ORDER
13
     CITY OF SACRAMENTO,
14   AND DOES 1-10, Inclusive,

15
                   Defendants.
16   _____/

17           The appointed guardian-ad-litem, Laurie Stoffel, is authorized to disburse funds in

18   the amount of $4,561.00 to St. Francis High School by means of cashier's check or other

19   acceptable method of payment.

20   DATED: May 3, 2011              /s/ Gregory G. Hollows
                                     _____
21                                   UNITED STATES MAGISTRATE JUDGE

22   GGH:gh:035
     stoffel.ord2
23

24

25

26

                                              1